# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

May 28, 2024

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. Sanneh Tunkara
                23 CR 573 (NSR)

Dear Honorable Román:

      I am writing to ask that Sanneh Tunkara's upcoming conference, which is scheduled to occur telephonically on May 31, 2024, be adjourned to July 12, 2024 at 2:00pm. The reason for this request is that Ms. Tunkara, who gave birth to a baby on April 12, 2024, has decided to plead guilty and we are the process of trying to schedule that plea in Magistrate Court, hopefully for June 28, 2024.

      I have communicated with AUSA Shaun Werbelow and he indicated that the Government does not object to my request for an adjournment. I consent to the exclusion of time.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc: AUSA Shaun Werbelow

**Deft's request to adjourn the in-person Status Teleconf. from May 31, 2024 until July 12, 2024 at 2:00 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 82.**
**Dated: White Plains, NY**
        May 28, 2024

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/28/2024